## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> WIMBLEDON HEALTH PARTNERS LLC, VASCULAR CENTERS OF AMERICA, LLC, NEURORAD DIAGNOSTIC CENTERS LLC and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 16-cv-60747-WJZ ) ) **CLASS ACTION** ) ) ) ) ) ) ) ) ) ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff, SANDUSKY WELLNESS CENTER, LLC, through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice.

By: /s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar No.: 90110
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Ryan M. Kelly