UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60747-CIV-ZLOCH

SANDUSKY WELLNESS CENTER,
LLC, an Ohio limited liability
company, individually and as the
representative of a class of
similarly-situated persons,

      Plaintiff,

vs.       **FINAL ORDER OF DISMISSAL**

WIMBLEDON HEALTH PARTNERS LLC,
VASCULAR CENTERS OF AMERICA,
LLC, NEURORAD DIAGNOSTIC CENTERS
LLC and JOHN DOES 1-10,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal (DE 5) filed herein by Plaintiff, Sandusky Wellness Center, LLC.  The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.  The Notice Of Voluntary Dismissal (DE 5) filed herein by Plaintiff Sandusky Wellness Center, LLC, be and the same is hereby approved, adopted and ratified by the Court;

    2.  The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    3.  To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    13th    day of April, 2016.

                                                WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:
All Counsel of Record